IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY BOGGAN,

    Petitioner,

v.                                            CASE NO. 3:15-cv-4-LC-GRJ

SECRETARY, FLA. DEPT.
OF CORRECTIONS, et al.,

    Respondents.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 7, 2015, (EFC No. 13), recommending that the Petition be dismissed because the Petition is untimely. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Petitioner has not filed objections to the Report and Recommendation. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, (ECF No. 1), is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 3rd day of December, 2015.

                                                          s/*L.A. Collier*
                                                          **LACEY A. COLLIER**
                                                          SENIOR **UNITED STATES DISTRICT JUDGE**